UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINA HOWE,

    Plaintiff,                                Case No. 24-cv-12022

v.

                                            HON. MARK A. GOLDSMITH

MATTHEW WILSON et al.,

    Defendants.

_____/

**ORDER GRANTING DEFENDANTS' MOTION TO AMEND/CORRECT (Dkt. 24)**

For the reasons stated on the record at the April 23, 2025 motion hearing, Defendants' motion to amend/correct (Dkt. 24) is granted.

SO ORDERED.

Dated: April 23, 2025                                         s/Mark A. Goldsmith
     Detroit, Michigan                               MARK A. GOLDSMITH
                                                       United States District Judge